ROBERT A. LANCASTER, Respondent, *v.* AMOS T. FRENCH, as Executor of FRANCIS O. FRENCH, Deceased, Appellant.

*Lancaster* v. *French,* 56 App. Div. 623, affirmed.
(Argued April 9, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George W. Wickersham* for appellant.

*Robert L. Harrison* and *Robert W. B. Elliott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

EDWARD S. CAMPBELL, as Ancillary Receiver of the MIDDLESEX COUNTY BANK, Appellant, *v.* FREDERICK A. UPTON, Respondent.

*Campbell* v. *Upton,* 66 App. Div. 434, affirmed.
(Argued April 9, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Albert H. Harris* and *George W. Wickersham* for appellant.

*George P. Decker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.